# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 5, 2014

149491(34)(36)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SCOTT SHARP, Personal Representative of the
Estate of BRIAN P. TURNER, Deceased,
              Plaintiff-Appellant,

v

CHRISTOPHER M. MOHLER, M.D., MELISSA
THORNTON, R.N., OMNI HEALTH SERVICES
LTD, EMMA L. BIXBY MEDICAL CENTER,
and PROMEDICA HEALTH SYSTEMS, INC.,
              Defendants-Appellees,
and

PICIS, INC., and OPTUMINSIGHT, INC.,
              Defendants.
_____/

SC: 149491
COA: 320368
Lenawee CC: 12-004383-NH

On order of the Chief Justice, the motions of plaintiff-appellant to extend the time for filing his reply briefs to the answers filed by defendants-appellees Mohler and Omni Health and by defendants-appellees Bixby, Promedica and Thornton are GRANTED. The reply briefs submitted on July 24, 2014, are accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 5, 2014

